**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MATTHEW ALAN KEATON | ) | BANKRUPTCY CASE NUMBER 09-14974 |
| CHRISTY LYNN KEATON | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 2    Northern Indiana Fuel & Light    $ 1.34
                            Attn: Revenue Assurance &
                                  Recovery
                            801 East 86th Avenue
                            Merrillville, Indiana  46410

                                                      **TOTAL:     $ 1.34**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of April, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

                                           ____/s/ Yvette Gaff Kleven_____
                                           Yvette Gaff Kleven